```
GARY M. RESTAINO
United States Attorney
District of Arizona
JENNIFER H. BERMAN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: jennifer.berman@usdoj.gov
Attorneys for Plaintiff
```

FILED
2021 DEC 22 PM 12: 04
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR21-03229 TUC-JGZ(BGM) |
| Plaintiff, | **I N D I C T M E N T** |
| vs. | Violations:<br>21 U.S.C. § 846<br>(Conspiracy to Possess with Intent to Distribute Methamphetamine)<br>Count 1 |
| 1. Cesar Mauricio Ulloa-Ulloa, (Counts 1, 2, 3) | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)<br>(Possession with Intent to Distribute Methamphetamine)<br>Count 2 |
| 2. Yony Augusto Flores-Ortiz, (Counts 1, 2, 4) | |
| Defendant. | 8 U.S.C. § 1326(a)<br>(Illegal Re-Entry)<br>Counts 3, 4 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

Beginning at a time unknown, to on or about November 28, 2021, in the District of Arizona, CESAR MAURICIO ULLOA-ULLOA and YONY AUGUSTO FLORES-ORTIZ, named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to the grand jury, to possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about November 28, 2021, in the District of Arizona, CESAR MAURICIO ULLOA-ULLOA and YONY AUGUSTO FLORES-ORTIZ did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT 3

On or about November 28, 2021, in the District of Arizona, to wit: at or near Menagers, CESAR MAURICIO ULLOA-ULLOA, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Houston, Texas, on or about March 2, 2020, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

## COUNT 4

On or about November 28, 2021, in the District of Arizona, to wit: at or near Menagers, YONY AUGUSTO FLORES-ORTIZ, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near San Antonio, Texas, on or about April 14, 2009, and not having obtained the express consent of the Attorney General or the Secretary of the

Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Date: December 22, 2021

GARY M. RESTAINO
United States Attorney
District of Arizona

/ S /

JENNIFER H. BERMAN
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE